UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMERON YATES<br>　　　　Plaintiff,<br><br>　　-against-<br><br>NEW YORK CITY, et al.<br>　　　　Defendants. | No. 21 Civ. 1904 (CM)(GWG) |

**ORDER**

McMahon, C.J.:

　　The Court, having been informed that this case, originally filed on March 4, 2021, is related to an earlier-filed action, directs that it be consolidated with the cases that currently make up *In re: New York City Policing During Summer 2020 Demonstrations*; 1:20-cv-08924 (CM) (GWG).

　　In the related case statement, counsel for plaintiff asked that this case not be consolidated with the other cases for any purpose, because this case involves a single plaintiff who was injured in a single incident. That request is DENIED.

　　Plaintiff asked that this case be deemed related to the earlier-filed cases. And so it is. In fact, Cameron Yates is undoubtedly a member of one or more of the proposed classes of plaintiffs in one or more of the previously consolidated cases, since the plaintiff admits that he was injured on a day encompassed by the previously filed lawsuits (May 30, 2020). Of course, Mr. Yates does not have to participate in a class action; he can opt out and bring his own case if he wishes to do so. But the issues comprehended by his complaint are – by his own admission – identical to the issues raised in the cases that he himself deems to be related. Therefore, Yates will be put on exactly the same discovery and motion schedule as all the rest of the plaintiffs in these related actions. His case is subject to all the deadlines in the order signed by this court on February 22, 2021, which appears as Docket #40 in *Payne v. DiBlasio*, 20 Civ. 8924.

　　In particular, all future filings in this action must be filed under No. 20 civ. 8924, which is the lowest docket number of these related cases.

Dated: March 8, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Colleen McMahon*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge

BY ECF TO ALL PARTIES

1