UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

CAMERON YATES,

                                        Plaintiff,

                - against -

NEW YORK CITY, NYPD CHIEF OF PATROL
FAUSTO PICHARDO,
                                        Defendants.

------------------------------------------------------------------------x

**STIPULATION AND
ORDER OF
SETTLEMENT OF
ATTORNEYS' FEES AND
<u>DISCONTINUANCE</u>**

21 Civ. 1904 (CM) (GWG)

  **WHEREAS,** on or about March 6, 2022, pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant City of New York made an Offer of Judgment to plaintiff; and

  **WHEREAS,** on March 10, 2022, plaintiff accepted defendant City of New York's Offer (Dkt. # 452); and

  **WHEREAS,** plaintiff has assigned all of his rights to attorneys' fees, expenses, and costs to his counsel; and

  **WHEREAS,** counsel for defendants and counsel for plaintiff have agreed to resolve the issue of attorneys' fees, expenses, and costs without further proceedings.

  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

  1. The above-referenced action is hereby discontinued with prejudice against the defendants; and

2.      Notwithstanding the discontinuance of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement concerning the attorneys' fees, expenses, and costs reached between the parties and set forth in the Stipulation and Order of Settlement and Discontinuance executed by the parties in this matter.

Dated: New York, New York
        June 30, 2022

STOLL, GLICKMAN, & BELLINA LLP
*Attorneys for Plaintiff* Yates
300 Cadman Plaza West, 12th floor
Brooklyn, New York 11201

By: _____
        Andrew Stoll

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

By: _____
        Genevieve Nelson
        *Senior Counsel*

SO ORDERED:

_____
HON.  COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

2