# EXHIBIT G

**Everdell, Abigail**

| | |
|---|---|
| **From:** | Everdell, Abigail |
| **Sent:** | Wednesday, April 16, 2025 8:15 PM |
| **To:** | Zimmerman, Tobias (Law); Stephen Mc Quade; Farley, Kathleen; JACLYN.KEANE; Andrew Brunsden; Nelson, Genevieve (Law); Smith-Williams, Qiana (Law); GERBER, MICHAEL; AG-NYPDLitigation; Payne Litigation Team; rolonlegalteam@aboushi.com; Faux, Meghan; Marykate Acquisto; Andrew Quinn; rolon@femmelaw.com; CALLAGHAN, PETER; ALBANESE, SAMANTHA |
| **Cc:** | Gray Legal Team-External; Jeanene Barrett; Jocelyn Strauber; Priya Raghavan |
| **Subject:** | RE: [EXTERNAL] RE: In Re 2020 Protests: Final Versions of Press Policies and Trainings |

Tobias and DI Keane,

We appreciate your confirmation that you will preserve the confidentiality of information we share about discussions during the mediation. I'll follow this message up shortly to a smaller distribution with that information.

In response to your email, however, we entirely disagree with your reading of Paragraph 89(h). We cannot fathom how you believe this paragraph is "clearly written to only apply during FAAs," when FAAs are not mentioned anywhere in it. To the extent the paragraph refers to an incident commander's determinations, we have never understood "incident commander" to be a term that applies solely to FAAs. In fact, the NYPD Patrol Guide itself uses the term outside this context in countless instances. *See, e.g.* PG 212-17 (referring to the "incident commander" at "scenes of critical situations on New York City transit"); PG 212-101 (directing the commanding officer/executive officer/duty captain to serve as "incident commander" at the scene of any "chemical, biological, radiological, nuclear (CBRN)/hazardous material incidents"); PG 213-02 (explaining who should serve as the "incident commander" at the scene of "emergency incidents"); 213-03 (designating platoon commander to serve as "incident commander" at the scene of "an unusual disorder/emergency incident").

Regardless, the presence of an incident commander is not necessary to effectuate the presumption provided for in Paragraph 89(h). For example, DCPI can provide the prior authorization needed. Nothing in the paragraph requires DCPI to be present on site to give this authorization. And the incident commander determination of health/safety concerns applies when an incident commander is present.

As to your complaint that this provision would require NYPD to implement a significant change – yes. That is what we negotiated, and what was agreed to by the City and NYPD. We will not agree to relieve your clients of their obligations to implement this provision. Furthermore, your complaint that this change would apply to "all arrest encounters regardless of context" is simply wrong. The Settlement Agreement is clear that it applies in the context of arrests of credentialed members of the press for specifically enumerated Red Light Offenses.

Again, I will be following up this email with additional information regarding settlement discussions. In light of the above and the additional information I will provide, please confirm by the end of the week that you will be removing the proposed restriction on the Paragraph 89(h) summons-on-site provision to FAAs. If you do not, we will have no choice but to go to the court to ensure implementation of this critical term of our carefully negotiated settlement agreement.

1

Best,
Abigail

**Abigail Everdell**
**Counsel,** Davis Wright Tremaine LLP

**P** 212.603.6468  **E** abigaileverdell@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Zimmerman, Tobias (Law) <tzimmerm@law.nyc.gov>
**Sent:** Wednesday, April 16, 2025 5:10 PM
**To:** Everdell, Abigail <AbigailEverdell@dwt.com>; Stephen Mc Quade <SMcQuade@pittalaw.com>; Farley, Kathleen <KathleenFarley@dwt.com>; JACLYN.KEANE <JACLYN.KEANE@nypd.org>; Andrew Brunsden <abrunsden@doi.nyc.gov>; Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Smith-Williams, Qiana (Law) <qwilliam@law.nyc.gov>; GERBER, MICHAEL <MICHAEL.GERBER@nypd.org>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam@aboushi.com; Faux, Meghan <Meghan.Faux@ag.ny.gov>; Marykate Acquisto <macquisto@quinnlawny.com>; Andrew Quinn <aquinn@quinnlawny.com>; rolon@femmelaw.com; CALLAGHAN, PETER <PETER.CALLAGHAN@nypd.org>; ALBANESE, SAMANTHA <SAMANTHA.ALBANESE@nypd.org>
**Cc:** Gray Legal Team-External <GrayLegalTeam@dwt.com>; Jeanene Barrett <jbarrett@doi.nyc.gov>; Jocelyn Strauber <jstrauber@doi.nyc.gov>; Priya Raghavan <PRaghavan@doi.nyc.gov>
**Subject:** RE: [EXTERNAL] RE: In Re 2020 Protests: Final Versions of Press Policies and Trainings

**[EXTERNAL]**

Abigail—

The Mediation Confidentiality Stipulation contains a lot of irrelevant provisions, and does not seem to require any confidentiality measures beyond what is already provided in the Confidentiality Agreement and Settlement Stipulation.  We intend to abide by the confidentiality provisions in those operative documents.

We have now had a chance to discuss paragraph 89(h) with Omar and Laura, and have gone through the entirely of paragraph 89 again.  It is the City's position that, while paragraph 89 and its various subparts are not necessarily limited to the context of FAAs, the provision in paragraph 89(h) is clearly written to <u>only</u> apply during FAAs.  While we understand your argument that the term "Red Light Offenses" was simply a short-hand for a group of previous-defined offenses, other aspects of that paragraph make it nonsensical outside of the FAA context.  For example, the paragraph requires approval from "the Incident Commander and/or DCPI personnel at the time of the arrest."   Neither an Incident Commander, nor personnel from DCPI could be expected to be present during an encounter that occurs outside of an FAA.  It further states that members of the press can only be transported to an arrest processing facility "where the Incident Commander determines that issuing process at the point of encounter would create a health and/or safety risk to officers or any other individual."  Once again, that language makes no sense in a non-FAA context, where there would not be an Incident Commander on scene.

You are asking us to implement a significant change in the way police officers are trained relating to <u>all</u> arrest encounters regardless of context.  This would not be a small or minor undertaking, and would also likely result in a great deal of additional confusion and

uncertainty. At the same time, the Department encourages the issuance of C-Summonses in the field when circumstances permit to all members of the public. Thus, the end result is pretty much the same: a member of press arrested for a summonsable offense would be processed and released at the scene unless other circumstances prevent that outcome.

If you want to share your drafts with us we will take a look at them, but based on our plain reading of the final language, as well as the recollection of two participants in the negotiation, it is our position that subparagraph 89(h) clearly applies only in the FAA context.

Thank you
Tobias

---

**From:** Everdell, Abigail <AbigailEverdell@dwt.com>
**Sent:** Tuesday, April 15, 2025 9:25 PM
**To:** Zimmerman, Tobias (Law) <tzimmerm@law.nyc.gov>; Stephen Mc Quade <SMcQuade@pittalaw.com>; Farley, Kathleen <KathleenFarley@dwt.com>; JACLYN.KEANE <JACLYN.KEANE@nypd.org>; Andrew Brunsden <abrunsden@doi.nyc.gov>; Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Smith-Williams, Qiana (Law) <qwilliam@law.nyc.gov>; GERBER, MICHAEL <MICHAEL.GERBER@nypd.org>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam@aboushi.com; Faux, Meghan <Meghan.Faux@ag.ny.gov>; Marykate Acquisto <macquisto@quinnlawny.com>; Andrew Quinn <aquinn@quinnlawny.com>; rolon@femmelaw.com; CALLAGHAN, PETER <PETER.CALLAGHAN@nypd.org>; ALBANESE, SAMANTHA <SAMANTHA.ALBANESE@nypd.org>
**Cc:** Gray Legal Team-External <GrayLegalTeam@dwt.com>; Jeanene Barrett <jbarrett@doi.nyc.gov>; Jocelyn Strauber <jstrauber@doi.nyc.gov>; Priya Raghavan <PRaghavan@doi.nyc.gov>
**Subject:** RE: [EXTERNAL] RE: In Re 2020 Protests: Final Versions of Press Policies and Trainings

Tobias,

I'm only asking you to confirm that mediation materials will be treated confidentially as per the mediation confidentiality agreement. I don't know if you or DI Keane ever signed it, so I'm simply asking for you to confirm you agree. This should not be at all controversial.

Abigail

**Abigail Everdell**
**Counsel,** Davis Wright Tremaine LLP

**P** 212.603.6468  **E** abigaileverdell@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Zimmerman, Tobias (Law) <tzimmerm@law.nyc.gov>
**Sent:** Tuesday, April 15, 2025 8:21 PM
**To:** Everdell, Abigail <AbigailEverdell@dwt.com>; Stephen Mc Quade <SMcQuade@pittalaw.com>; Farley, Kathleen <KathleenFarley@dwt.com>; JACLYN.KEANE <JACLYN.KEANE@nypd.org>; Andrew Brunsden <abrunsden@doi.nyc.gov>; Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Smith-Williams, Qiana (Law) <qwilliam@law.nyc.gov>; GERBER, MICHAEL <MICHAEL.GERBER@nypd.org>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam@aboushi.com; Faux, Meghan <Meghan.Faux@ag.ny.gov>; Marykate Acquisto <macquisto@quinnlawny.com>; Andrew Quinn <aquinn@quinnlawny.com>; rolon@femmelaw.com;

CALLAGHAN, PETER <PETER.CALLAGHAN@nypd.org>; ALBANESE, SAMANTHA <SAMANTHA.ALBANESE@nypd.org>
**Cc:** Gray Legal Team-External <GrayLegalTeam@dwt.com>; Jeanene Barrett <jbarrett@doi.nyc.gov>; Jocelyn Strauber <jstrauber@doi.nyc.gov>; Priya Raghavan <PRaghavan@doi.nyc.gov>
**Subject:** Re: [EXTERNAL] RE: In Re 2020 Protests: Final Versions of Press Policies and Trainings

**[EXTERNAL]**

Abigail—

We don't see how the Mediation Confidentiality Stipulation is materially different or broader than the general confidentiality order that applies to the entire settlement process, and which the City is bound by. Is there some particular concern that you believe is only addressed by us adding the Mediation Stipulation into the mix?

Thanks
Tobias

**From:** Everdell, Abigail <AbigailEverdell@dwt.com>
**Date:** Tuesday, April 15, 2025 at 4:29 PM
**To:** Stephen Mc Quade <SMcQuade@pittalaw.com>, Zimmerman, Tobias (Law) <tzimmerm@law.nyc.gov>, Farley, Kathleen <KathleenFarley@dwt.com>, JACLYN.KEANE <JACLYN.KEANE@nypd.org>, Andrew Brunsden <abrunsden@doi.nyc.gov>, Nelson, Genevieve (Law) <gnelson@law.nyc.gov>, Smith-Williams, Qiana (Law) <qwilliam@law.nyc.gov>, GERBER, MICHAEL <MICHAEL.GERBER@nypd.org>, AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>, Payne Litigation Team <PayneLitigationTeam@nyclu.org>, rolonlegalteam@aboushi.com <rolonlegalteam@aboushi.com>, Faux, Meghan <Meghan.Faux@ag.ny.gov>, Marykate Acquisto <macquisto@quinnlawny.com>, Andrew Quinn <aquinn@quinnlawny.com>, rolon@femmelaw.com <rolon@femmelaw.com>, CALLAGHAN, PETER <PETER.CALLAGHAN@nypd.org>, ALBANESE, SAMANTHA <SAMANTHA.ALBANESE@nypd.org>
**Cc:** Gray Legal Team-External <GrayLegalTeam@dwt.com>, Jeanene Barrett <jbarrett@doi.nyc.gov>, Jocelyn Strauber <jstrauber@doi.nyc.gov>, Priya Raghavan <PRaghavan@doi.nyc.gov>
**Subject:** RE: [EXTERNAL] RE: In Re 2020 Protests: Final Versions of Press Policies and Trainings

That's it, thank you!

Tobias and DI Keane, I doubt you signed this but if you can confirm you'll abide by it that would be great.

**Abigail Everdell**
**Counsel,** Davis Wright Tremaine LLP

**P** 212.603.6468   **E** abigaileverdell@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Stephen Mc Quade <SMcQuade@pittalaw.com>
**Sent:** Tuesday, April 15, 2025 4:26 PM
**To:** Everdell, Abigail <AbigailEverdell@dwt.com>; Zimmerman, Tobias (Law) <tzimmerm@law.nyc.gov>; Farley, Kathleen <KathleenFarley@dwt.com>; JACLYN.KEANE <JACLYN.KEANE@nypd.org>; Andrew Brunsden <abrunsden@doi.nyc.gov>; Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Smith-Williams, Qiana (Law) <qwilliam@law.nyc.gov>; GERBER,

MICHAEL <MICHAEL.GERBER@nypd.org>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam@aboushi.com; Faux, Meghan <Meghan.Faux@ag.ny.gov>; Marykate Acquisto <macquisto@quinnlawny.com>; Andrew Quinn <aquinn@quinnlawny.com>; rolon@femmelaw.com; CALLAGHAN, PETER <PETER.CALLAGHAN@nypd.org>; ALBANESE, SAMANTHA <SAMANTHA.ALBANESE@nypd.org>
**Cc:** Gray Legal Team-External <GrayLegalTeam@dwt.com>; Jeanene Barrett <jbarrett@doi.nyc.gov>; Jocelyn Strauber <jstrauber@doi.nyc.gov>; Priya Raghavan <PRaghavan@doi.nyc.gov>
**Subject:** RE: [EXTERNAL] RE: In Re 2020 Protests: Final Versions of Press Policies and Trainings

**[EXTERNAL]**

Abigail,

Please find attached the Mediation Confidentiality Stipulation I signed back in 2022 when we first started going to Rebecca Price at the SDNY. Is this what you are looking for?

Thanks,

Stephen Mc Quade, Esq.
Partner
Pitta LLP
120 Broadway, 28th Floor
New York, New York 10271
(212) 652-3885 (Direct)
(212) 652-3891 (Facsimile)
smcquade@pittalaw.com
www.pittalaw.com

**From:** Everdell, Abigail <AbigailEverdell@dwt.com>
**Sent:** Tuesday, April 15, 2025 4:05 PM
**To:** Stephen Mc Quade <SMcQuade@pittalaw.com>; Zimmerman, Tobias (Law) <tzimmerm@law.nyc.gov>; Farley, Kathleen <KathleenFarley@dwt.com>; JACLYN.KEANE <JACLYN.KEANE@nypd.org>; Andrew Brunsden <abrunsden@doi.nyc.gov>; Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Smith-Williams, Qiana (Law) <qwilliam@law.nyc.gov>; GERBER, MICHAEL <MICHAEL.GERBER@nypd.org>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam@aboushi.com; Faux, Meghan <Meghan.Faux@ag.ny.gov>; Marykate Acquisto <macquisto@quinnlawny.com>; Andrew Quinn <aquinn@quinnlawny.com>; rolon@femmelaw.com; CALLAGHAN, PETER <PETER.CALLAGHAN@nypd.org>; ALBANESE, SAMANTHA <SAMANTHA.ALBANESE@nypd.org>
**Cc:** Gray Legal Team-External <GrayLegalTeam@dwt.com>; Jeanene Barrett <jbarrett@doi.nyc.gov>; Jocelyn Strauber <jstrauber@doi.nyc.gov>; Priya Raghavan <PRaghavan@doi.nyc.gov>
**Subject:** RE: [EXTERNAL] RE: In Re 2020 Protests: Final Versions of Press Policies and Trainings

Tobias and DI Keane,

As discussed at our meet and confer, I am planning to send you selected correspondence and drafts from the settlement negotiations related to Paragraph 89(h). This is confidential mediation material, and I realize that neither of you were part of the mediation. **To ensure confidentiality restrictions remain in place, can you both please confirm that you either have already or will agree to abide by the terms of the mediation confidentiality order?** Once that's confirmed, I will circulate these materials just to you and relevant members of the Gray team (as opposed to this entire email distribution).

@Stephen Mc Quade, I believe you did sign the order, but if you could please confirm that's the case I can you on the distribution as well.

Abigail

**Abigail Everdell**
**Counsel,** Davis Wright Tremaine LLP

**P** 212.603.6468  **E** abigaileverdell@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Stephen Mc Quade <SMcQuade@pittalaw.com>
**Sent:** Thursday, April 10, 2025 6:12 PM
**To:** Zimmerman, Tobias (Law) <tzimmerm@law.nyc.gov>; Farley, Kathleen <KathleenFarley@dwt.com>; JACLYN.KEANE <JACLYN.KEANE@nypd.org>; Everdell, Abigail <AbigailEverdell@dwt.com>; Andrew Brunsden <abrunsden@doi.nyc.gov>; Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Smith-Williams, Qiana (Law) <qwilliam@law.nyc.gov>; GERBER, MICHAEL <MICHAEL.GERBER@nypd.org>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam@aboushi.com; Faux, Meghan <Meghan.Faux@ag.ny.gov>; Marykate Acquisto <macquisto@quinnlawny.com>; Andrew Quinn <aquinn@quinnlawny.com>; rolon@femmelaw.com; CALLAGHAN, PETER <PETER.CALLAGHAN@nypd.org>; ALBANESE, SAMANTHA <SAMANTHA.ALBANESE@nypd.org>
**Cc:** Gray Legal Team-External <GrayLegalTeam@dwt.com>; Jeanene Barrett <jbarrett@doi.nyc.gov>; Jocelyn Strauber <jstrauber@doi.nyc.gov>; Priya Raghavan <PRaghavan@doi.nyc.gov>
**Subject:** RE: [EXTERNAL] RE: In Re 2020 Protests: Final Versions of Press Policies and Trainings

[EXTERNAL]

Tobias,

On behalf of the DEA, 4/15 at 3PM works for me.

Thanks,

Stephen Mc Quade, Esq.
Partner
Pitta LLP
120 Broadway, 28th Floor
New York, New York 10271
(212) 652-3885 (Direct)
(212) 652-3891 (Facsimile)
smcquade@pittalaw.com
www.pittalaw.com

---

**From:** Zimmerman, Tobias (Law) <tzimmerm@law.nyc.gov>
**Sent:** Thursday, April 10, 2025 4:13 PM
**To:** 'Farley, Kathleen' <KathleenFarley@dwt.com>; JACLYN.KEANE <JACLYN.KEANE@nypd.org>; Everdell, Abigail <AbigailEverdell@dwt.com>; Andrew Brunsden <abrunsden@doi.nyc.gov>; Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Smith-Williams, Qiana (Law) <qwilliam@law.nyc.gov>; GERBER, MICHAEL <MICHAEL.GERBER@nypd.org>; Stephen Mc Quade <SMcQuade@pittalaw.com>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>;

rolonlegalteam@aboushi.com; Faux, Meghan <Meghan.Faux@ag.ny.gov>; Marykate Acquisto <macquisto@quinnlawny.com>; Andrew Quinn <aquinn@quinnlawny.com>; rolon@femmelaw.com; CALLAGHAN, PETER <PETER.CALLAGHAN@nypd.org>; ALBANESE, SAMANTHA <SAMANTHA.ALBANESE@nypd.org>
**Cc:** Gray Legal Team-External <GrayLegalTeam@dwt.com>; Jeanene Barrett <jbarrett@doi.nyc.gov>; Jocelyn Strauber <jstrauber@doi.nyc.gov>; Priya Raghavan <PRaghavan@doi.nyc.gov>
**Subject:** RE: [EXTERNAL] RE: In Re 2020 Protests: Final Versions of Press Policies and Trainings

Kathleen—

The City is available on Tuesday 4/15 at 3pm.   If that works for Plaintiffs please send us an invite.

Thanks

**From:** Farley, Kathleen <KathleenFarley@dwt.com>
**Sent:** Thursday, April 10, 2025 4:03 PM
**To:** Zimmerman, Tobias (Law) <tzimmerm@law.nyc.gov>; JACLYN.KEANE <JACLYN.KEANE@nypd.org>; Everdell, Abigail <AbigailEverdell@dwt.com>; Andrew Brunsden <abrunsden@doi.nyc.gov>; Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Smith-Williams, Qiana (Law) <qwilliam@law.nyc.gov>; GERBER, MICHAEL <MICHAEL.GERBER@nypd.org>; Stephen Mc Quade <SMcQuade@pittalaw.com>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam@aboushi.com; Faux, Meghan <Meghan.Faux@ag.ny.gov>; Marykate Acquisto <macquisto@quinnlawny.com>; Andrew Quinn <aquinn@quinnlawny.com>; rolon@femmelaw.com; CALLAGHAN, PETER <PETER.CALLAGHAN@nypd.org>; ALBANESE, SAMANTHA <SAMANTHA.ALBANESE@nypd.org>
**Cc:** Gray Legal Team-External <GrayLegalTeam@dwt.com>; Jeanene Barrett <jbarrett@doi.nyc.gov>; Jocelyn Strauber <jstrauber@doi.nyc.gov>; Priya Raghavan <PRaghavan@doi.nyc.gov>
**Subject:** RE: [EXTERNAL] RE: In Re 2020 Protests: Final Versions of Press Policies and Trainings

Re-upping the below, pasted here for your easy reference:

We're following up again on times for a meet and confer to discuss the NYPD's revisions to the press training and policies.  To ensure a productive use of time, Plaintiffs highlight that they do not agree with your interpretations of Paragraphs 89(g) and 89(h) of the Settlement Agreement, and take the following positions:

- Paragraph 89(g) of Settlement Agreement is clear that "members of the press" are not required to leave the general area.  The trainings should adopt this carefully negotiated language.

- Paragraph 89(h) contains no provision limiting its application to FAAs.  Nor are any other press paragraphs so limited (except where specified).  For example, Paragraph 89(b) specifically enumerates (i-iii) three (3) applicable police-press scenarios including but not limited to "where FAAs are taking place."

- Additionally, Paragraph 89(e) specifically prohibits the use of "crime/accident/incident scene tape or establish what are commonly known as 'frozen zones' for the purpose of preventing members of the press from viewing or recording the scene from a public place," Yet those restrictions are still referenced in some of the training materials you provided.

Please let us know when you are available for a meet and confer next week on Tuesday, April 15, or Wednesday, April 16.

**Kathleen Farley**
**Associate,** Davis Wright Tremaine LLP

P 212.402.4076   E kathleenfarley@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Farley, Kathleen
**Sent:** Tuesday, April 8, 2025 3:45 PM
**To:** Zimmerman, Tobias (Law) <tzimmerm@law.nyc.gov>; JACLYN.KEANE <JACLYN.KEANE@nypd.org>; Everdell, Abigail <AbigailEverdell@dwt.com>; Andrew Brunsden <abrunsden@doi.nyc.gov>; Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Smith-Williams, Qiana (Law) <qwilliam@law.nyc.gov>; GERBER, MICHAEL <MICHAEL.GERBER@nypd.org>; Stephen Mc Quade <SMcQuade@pittalaw.com>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam@aboushi.com; Faux, Meghan <Meghan.Faux@ag.ny.gov>; Marykate Acquisto <macquisto@quinnlawny.com>; Andrew Quinn <aquinn@quinnlawny.com>; rolon@femmelaw.com; CALLAGHAN, PETER <PETER.CALLAGHAN@nypd.org>; ALBANESE, SAMANTHA <SAMANTHA.ALBANESE@nypd.org>
**Cc:** Gray Legal Team-External <GrayLegalTeam@dwt.com>; Jeanene Barrett <jbarrett@doi.nyc.gov>; Jocelyn Strauber <jstrauber@doi.nyc.gov>; Priya Raghavan <PRaghavan@doi.nyc.gov>
**Subject:** RE: [EXTERNAL] RE: In Re 2020 Protests: Final Versions of Press Policies and Trainings

We're following up again on times for a meet and confer to discuss the NYPD's revisions to the press training and policies. To ensure a productive use of time, Plaintiffs highlight that they do not agree with your interpretations of Paragraphs 89(g) and 89(h) of the Settlement Agreement, and take the following positions:

- Paragraph 89(g) of Settlement Agreement is clear that "members of the press" are not required to leave the general area. **The trainings should adopt this carefully negotiated language.**

- Paragraph 89(h) contains no provision limiting its application to FAAs. **Nor are any other press paragraphs so limited (except where specified). For example,** Paragraph 89(b) specifically enumerates (i-iii) three (3) applicable police-press scenarios including but not limited to "where FAAs are taking place."

- **Additionally**, Paragraph 89(e) specifically prohibits the use of "crime/accident/incident scene tape or establish what are commonly known as 'frozen zones' for the purpose of preventing members of the press from viewing or recording the scene from a public place," Yet those restrictions are still referenced in some of the training materials you provided.

Please let us know when you are available for a meet and confer next week on Tuesday, April 15, or Wednesday, April 16.

**Kathleen Farley**
**Associate,** Davis Wright Tremaine LLP

---

P 212.402.4076   E kathleenfarley@dwt.com
A 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Farley, Kathleen
**Sent:** Wednesday, April 2, 2025 4:04 PM
**To:** Zimmerman, Tobias (Law) <tzimmerm@law.nyc.gov>; JACLYN.KEANE <JACLYN.KEANE@nypd.org>; Everdell, Abigail <AbigailEverdell@dwt.com>; Andrew Brunsden <abrunsden@doi.nyc.gov>; Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Smith-Williams, Qiana (Law) <qwilliam@law.nyc.gov>; GERBER, MICHAEL <MICHAEL.GERBER@nypd.org>; Stephen Mc Quade <SMcQuade@pittalaw.com>; AG-NYPDLitigation

<AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam@aboushi.com; Faux, Meghan <Meghan.Faux@ag.ny.gov>; Marykate Acquisto <macquisto@quinnlawny.com>; Andrew Quinn <aquinn@quinnlawny.com>; rolon@femmelaw.com; CALLAGHAN, PETER <PETER.CALLAGHAN@nypd.org>; ALBANESE, SAMANTHA <SAMANTHA.ALBANESE@nypd.org>
**Cc:** Gray Legal Team-External <GrayLegalTeam@dwt.com>; Jeanene Barrett <jbarrett@doi.nyc.gov>; Jocelyn Strauber <jstrauber@doi.nyc.gov>; Priya Raghavan <PRaghavan@doi.nyc.gov>
**Subject:** RE: [EXTERNAL] RE: In Re 2020 Protests: Final Versions of Press Policies and Trainings

Thank you for providing your availability. After reviewing the implementation of the suggested changes, plaintiffs have determined we require more time to prepare for the meet and confer than anticipated. Would you be able to provide some times to meet and confer next Tuesday, Wednesday, or Thursday? Thank you.

**Kathleen Farley**
**Associate,** Davis Wright Tremaine LLP

**P** 212.402.4076   **E** kathleenfarley@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Zimmerman, Tobias (Law) <tzimmerm@law.nyc.gov>
**Sent:** Friday, March 28, 2025 10:26 AM
**To:** Farley, Kathleen <KathleenFarley@dwt.com>; JACLYN.KEANE <JACLYN.KEANE@nypd.org>; Everdell, Abigail <AbigailEverdell@dwt.com>; Andrew Brunsden <abrunsden@doi.nyc.gov>; Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Smith-Williams, Qiana (Law) <qwilliam@law.nyc.gov>; GERBER, MICHAEL <MICHAEL.GERBER@nypd.org>; Stephen Mc Quade <SMcQuade@pittalaw.com>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam@aboushi.com; Faux, Meghan <Meghan.Faux@ag.ny.gov>; Marykate Acquisto <macquisto@quinnlawny.com>; Andrew Quinn <aquinn@quinnlawny.com>; rolon@femmelaw.com; CALLAGHAN, PETER <PETER.CALLAGHAN@nypd.org>; ALBANESE, SAMANTHA <SAMANTHA.ALBANESE@nypd.org>
**Cc:** Gray Legal Team-External <GrayLegalTeam@dwt.com>; Jeanene Barrett <jbarrett@doi.nyc.gov>; Jocelyn Strauber <jstrauber@doi.nyc.gov>; Priya Raghavan <PRaghavan@doi.nyc.gov>
**Subject:** Re: [EXTERNAL] RE: In Re 2020 Protests: Final Versions of Press Policies and Trainings

**[EXTERNAL]**

The City has availability Tuesday after 2pm, Wednesday before 3:30pm, Thursday after 2pm, and any time on Friday.

Thanks
Tobias

---

**From:** Farley, Kathleen <KathleenFarley@dwt.com>
**Date:** Thursday, March 27, 2025 at 2:41 PM
**To:** JACLYN.KEANE <JACLYN.KEANE@nypd.org>, Everdell, Abigail <AbigailEverdell@dwt.com>, Andrew Brunsden <abrunsden@doi.nyc.gov>, Zimmerman, Tobias (Law) <tzimmerm@law.nyc.gov>, Nelson, Genevieve (Law) <gnelson@law.nyc.gov>, Smith-Williams, Qiana (Law) <qwilliam@law.nyc.gov>, GERBER, MICHAEL <MICHAEL.GERBER@nypd.org>, Stephen Mc Quade <SMcQuade@pittalaw.com>, AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>, Payne Litigation Team <PayneLitigationTeam@nyclu.org>, rolonlegalteam@aboushi.com <rolonlegalteam@aboushi.com>, Faux, Meghan <Meghan.Faux@ag.ny.gov>, Marykate Acquisto <macquisto@quinnlawny.com>, Andrew Quinn <aquinn@quinnlawny.com>, rolon@femmelaw.com <rolon@femmelaw.com>, CALLAGHAN,

9

PETER <PETER.CALLAGHAN@nypd.org>, ALBANESE, SAMANTHA <SAMANTHA.ALBANESE@nypd.org>
**Cc:** Gray Legal Team-External <GrayLegalTeam@dwt.com>, Jeanene Barrett <jbarrett@doi.nyc.gov>, Jocelyn Strauber <jstrauber@doi.nyc.gov>, Priya Raghavan <PRaghavan@doi.nyc.gov>
**Subject:** [EXTERNAL] RE: In Re 2020 Protests: Final Versions of Press Policies and Trainings

You don't often get email from kathleenfarley@dwt.com. Learn why this is important
**CAUTION! EXTERNAL SENDER.** Never click on links or open attachments if sender is unknown, and never provide user ID or password. If **suspicious**, report this email by hitting the **Phish Alert Button**. If the button is unavailable or you are on a mobile device, forward as an attachment to phish@oti.nyc.gov.

We understand that you are still reviewing the proposal. Given that Section 101(c) of the settlement agreement specifies that a meet-and-confer should be scheduled with 14 days of receipt of recommendations, we would like to schedule this meeting as soon as possible. Please let us know your availability next week. Thank you.


**Kathleen Farley**
**Associate,** Davis Wright Tremaine LLP

**P** 212.402.4076    **E** kathleenfarley@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**


**From:** KEANE, JACLYN <JACLYN.KEANE@nypd.org>
**Sent:** Tuesday, March 25, 2025 12:28 PM
**To:** Farley, Kathleen <KathleenFarley@dwt.com>; Everdell, Abigail <AbigailEverdell@dwt.com>; Andrew Brunsden <abrunsden@doi.nyc.gov>; Zimmerman, Tobias (Law) <tzimmerm@law.nyc.gov>; Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Smith-Williams, Qiana (Law) <qwilliam@law.nyc.gov>; GERBER, MICHAEL <MICHAEL.GERBER@nypd.org>; Stephen Mc Quade <SMcQuade@pittalaw.com>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam@aboushi.com; Faux, Meghan <Meghan.Faux@ag.ny.gov>; Marykate Acquisto <macquisto@quinnlawny.com>; Andrew Quinn <aquinn@quinnlawny.com>; rolon@femmelaw.com; CALLAGHAN, PETER <PETER.CALLAGHAN@nypd.org>; ALBANESE, SAMANTHA <SAMANTHA.ALBANESE@nypd.org>
**Cc:** Gray Legal Team-External <GrayLegalTeam@dwt.com>; Jeanene Barrett <JBarrett@doi.nyc.gov>; Jocelyn Strauber <JStrauber@doi.nyc.gov>; Priya Raghavan <PRaghavan@doi.nyc.gov>
**Subject:** Re: In Re 2020 Protests: Final Versions of Press Policies and Trainings

**[EXTERNAL]**

No, we are still reviewing the edits. There will be a written response, as there has been for every other training/policy revisions, as to what we have rejected or accepted. Thank you.

**From:** Farley, Kathleen <KathleenFarley@dwt.com>
**Sent:** Tuesday, March 25, 2025 12:22
**To:** Everdell, Abigail <AbigailEverdell@dwt.com>; Andrew Brunsden <abrunsden@doi.nyc.gov>; Zimmerman, Tobias (Law) <tzimmerm@law.nyc.gov>; KEANE, JACLYN <JACLYN.KEANE@nypd.org>; Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Smith-Williams, Qiana (Law) <qwilliam@law.nyc.gov>; GERBER, MICHAEL <MICHAEL.GERBER@nypd.org>; Stephen Mc Quade <SMcQuade@pittalaw.com>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam@aboushi.com <rolonlegalteam@aboushi.com>; Faux, Meghan <Meghan.Faux@ag.ny.gov>; Marykate Acquisto <macquisto@quinnlawny.com>; Andrew Quinn <aquinn@quinnlawny.com>; rolon@femmelaw.com

<rolon@femmelaw.com>; CALLAGHAN, PETER <PETER.CALLAGHAN@nypd.org>; ALBANESE, SAMANTHA <SAMANTHA.ALBANESE@nypd.org>
**Cc:** Gray Legal Team-External <GrayLegalTeam@dwt.com>; Jeanene Barrett <JBarrett@doi.nyc.gov>; Jocelyn Strauber <JStrauber@doi.nyc.gov>; Priya Raghavan <PRaghavan@doi.nyc.gov>
**Subject:** RE: In Re 2020 Protests: Final Versions of Press Policies and Trainings

You don't often get email from kathleenfarley@dwt.com. Learn why this is important
Tobias,

As we have not received any invitation for a meet-and-confer regarding the policy and training revisions proposed in the chain below, we infer that you plan to incorporate our suggestions.  Please confirm our understanding.  Thank you.


**Kathleen Farley**
**Associate,** Davis Wright Tremaine LLP

**P** 212.402.4076   **E** kathleenfarley@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**



**From:** Everdell, Abigail <AbigailEverdell@dwt.com>
**Sent:** Monday, March 10, 2025 12:13 PM
**To:** Zimmerman, Tobias (Law) <tzimmerm@law.nyc.gov>; JACLYN.KEANE <JACLYN.KEANE@nypd.org>; Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Smith-Williams, Qiana (Law) <qwilliam@law.nyc.gov>; GERBER, MICHAEL <MICHAEL.GERBER@nypd.org>; Stephen Mc Quade <SMcQuade@pittalaw.com>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam@aboushi.com; Faux, Meghan <Meghan.Faux@ag.ny.gov>; Marykate Acquisto <macquisto@quinnlawny.com>; Andrew Quinn <aquinn@quinnlawny.com>; rolon@femmelaw.com; CALLAGHAN, PETER <PETER.CALLAGHAN@nypd.org>; ALBANESE, SAMANTHA <SAMANTHA.ALBANESE@nypd.org>
**Cc:** Gray Legal Team-External <GrayLegalTeam@dwt.com>; Jeanene Barrett <JBarrett@doi.nyc.gov>; Jocelyn Strauber <JStrauber@doi.nyc.gov>; Andrew Brunsden <abrunsden@doi.nyc.gov>
**Subject:** [EXTERNAL] In Re 2020 Protests: Final Versions of Press Policies and Trainings


**This Message Is From an External Sender**
This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to Cyber Command as an attachment (Click the "Phish Alert Report" button, then "Yes, report it.").

Tobias,

Please find attached a letter responding to drafts of the following policy and training documents produced to us, as well as attachments showing redline comments on these policy and training documents:

> PFAA Module 8, "Interactions with the Press," sent to Plaintiffs on December 15, 2025
> NYPDU Media Script, sent to Plaintiffs on January 6, 2025
> Updated Press Lesson Plan, sent to Plaintiffs on January 9, 2025
> Media Press PowerPoint, sent to Plaintiffs on January 15, 2025

 Updated Press Questions, sent to Plaintiffs on January 9, 2025
 Revised Patrol Guide provision 212-49, "Incidents Involving Media Representatives," sent to Plaintiffs on January 15, 2025

Please confirm no later than March 24 that our recommended revisions will be incorporated into the final policies and trainings, and please re-produce the final policies once the relevant language has been amended and/or added.  If the revisions will not be adopted and incorporated, please advise if and on what date you are willing to meet and confer.

Best,
Abigail

**Abigail Everdell**
**Counsel,** Davis Wright Tremaine LLP

**P** 212.603.6468   **E** abigaileverdell@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

Confidentiality Notice: This e-mail communication, and any attachments, contains confidential and privileged information for the exclusive use of the recipient(s) named above. If you are not an intended recipient, or the employee or agent responsible to deliver it to an intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and delete this communication from your computer. Thank you.